THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612
Telephone: (949) 825-5200
Email: Cameron@sehatlaw.com
Attorney for Plaintiff Rodney Edwards

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney Edwards )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>County of Riverside, a Governmental Entity; )<br>and Does 1 through 10, inclusive )<br>Defendant, )<br>_____ | Case No: 8:20-CV-02342-DOC-JDE<br><br>PROOF OF SERVICE |

Civil Action No. **820cv02342DOCJDE**          Case Name: **Rodney Edwards vs County of Riverside**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **County of Riverside, a Governmental Entity**
**was received by me on  January 7, 2021**

☑ I personally served the Summons & Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties; Notice to Parties of Court-Directed ADR Program on the individual at  4080 Lemon St Rm 127 , Riverside, CA 92501-3609 on   January 21, 2021 11:28 AM

☐ I left the above listed documents at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Tammymae Goshay** , who is designated by law to accept service of process on behalf of **County of Riverside, a Governmental Entity**  on  **January 21, 2021  11:28 AM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

*My fees are $ .00 for travel and $ 66.67 for services, for a total of $ 66.67*

*I declare under penalty of perjury that this information is true.*

Date:  January 21, 2021                          _____
                                                               *Server's signature*

                                                        **Charles Edward Wallace**
                                                          *Printed name and title*

                                                    **Contracted by DDS Legal Support**
                                                          **2900 Bristol Street**
                                                        **Costa Mesa, CA 92626**
                                                          **(714) 662-5555**
                                                           *Server's Address*

A0440-104988

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| Cameron Sehat, Esq., SBN: 256535<br>Cameron Sehat Law Offices<br>19800 MacArthur Blvd Ste 1000<br>Irvine, CA 926122433 | E-MAIL ADDRESS (Optional): a.heltzel@sehatlaw.com;<br>cameron@sehatlaw.com | | |

TELEPHONE No.: (949) 825-5200   FAX No. (Optional): (949) 313-5001

Attorney for:

Ref No. or File No.: Edwards v COR

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - FOR THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: Rodney Edwards

Defendant: County of Riverside

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>820cv02342DOCJDE |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons & Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties; Notice to Parties of Court-Directed ADR Program;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Costa Mesa, California, addressed as follows:

  a. Date of Mailing: January 22, 2021
  b. Place of Mailing: Costa Mesa, CA
  c. Addressed as follows: County of Riverside, a Governmental Entity
    ATTENTION: Tammymae Goshay - Manager
    4080 Lemon St Rm 127
    Riverside, CA 92501-3609

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of  business.

Fee for Service: $ 66.67
**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**Ref: Edwards v COR**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **January 22, 2021**.

Signature: _____
**Monica Figueroa**

**PROOF OF SERVICE BY MAIL**

Order#: 104988/mailproof